UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LIZARRAGA,<br><br>           Petitioner,<br><br>v.<br><br>TONY CERONE, *et al.*,,<br><br>           Respondents. | Civil No. 07cv676 L (AJB)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner filed a petition for writ of habeas corpus seeking release from the custody of the Department of Homeland Security pending proceedings before the Board of Immigration Appeals.  After the filing of their Return to the petition, respondents filed a notice of removal which advised the Court that petitioner had been released from custody and was deported to his home country, Mexico.

Based on the foregoing, petitioner's petition for writ of habeas corpus is **DENIED** as moot.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: January 31, 2008

M. James Lorenz
United States District Court Judge

/ / /

07cv676

1 | COPY TO:

2 | HON. ANTHONY J. BATTAGLIA
3 | UNITED STATES MAGISTRATE JUDGE

4 | ALL PARTIES/COUNSEL